IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY DENNIS,                                              07-CV-1652-BR

       Plaintiff,                                    JUDGMENT OF REMAND

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.


**BRUCE W. BREWER**
419 5th Street
Oregon City, Oregon 97045
(503) 722-8833

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1158


1   -   JUDGMENT

**DAVID MORADO**
Regional Chief Counsel
**LEISA A. WOLF**
Social Security Administration
Office of the General Counsel
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2113

    Attorneys for Defendant

    Based on the Court's Opinion and Order (#17) issued November 14, 2008, the Court hereby **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Opinion and Order issued November 14, 2008.

    DATED this 14th day of November, 2008.


                                 /s/ Anna J. Brown
                                 ANNA J. BROWN
                                 United States District Judge